IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

WILLIAM JOSEPH WISEMAN                                                                    PLAINTIFF

V.                                    CASE NO. 09-CV-4003

TONY YOKEN, Judge, Hempstead
County; DANNY P. ROGERS, Public
Defender, Hempstead County; ANTHONY
BIDDLE, Public Defender; and
RANDY WRIGHT, Judge,
Hempstead County                                                                          DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed March 10, 2009, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 14). Judge Bryant recommends that Plaintiff's claims be dismissed on the following grounds: (1) the claims are frivolous; (2) Plaintiff fails to state claims upon which relief may be granted; and (3) Plaintiff seeks relief against Defendants who are immune from suit. *See* 28 U.S.C. § 1915(e)(2)(B)(I)-(iii). The Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. The matter is hereby **DISMISSED**.

**IT IS SO ORDERED**, this 17th day of June, 2009.

/s/ Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge